638

James T. Rogers, defendant in error, v. Blanche L. Leitch, plaintiff in error. Gen. No. 8,705.

Opinion filed February 19, 1934. Rehearing denied April 2, 1934.

George W. Hunt, for plaintiff in error. Brian & McManus and Robert J. Hartley, for defendant in error; F. B. Brian, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Robert Meers and Viola E. Meers, individually and as executors of the estate of Robert Meers, deceased, defendants in error, v. Will County National Bank et al., defendants in error.

Henry W. Meers et al., plaintiffs in error, v. Will County National Bank et al., defendants in error. Gen. No. 8,649.

Opinion filed February 19, 1934.

Donovan, Bray & Gray, for certain plaintiff in error. Irving Shutts, for certain defendant in error.

Mr. Justice Dove delivered the opinion of the court.

Elizabeth Morton, appellant, v. Charles E. Hughes, appellee. Gen. No. 8,673.

Opinion filed February 19, 1934.

Leonard C. Mead and William D. Knight, for appellant; David J. Peffers, of counsel. North, Linscott, Gibboney & North, for appellee; C. H. Linscott, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Charles Ind, appellee, v. Largura Construction Company, Inc., appellant. Gen. No. 8,701.

Opinion filed February 19, 1934. Rehearing denied May 3, 1934.

Hall & Dusher, for appellant. C. H. Linscott, for appellee.

Mr. Justice Dove delivered the opinion of the court.